```
U.S. DISTRICT COURT - N.D. OF N.Y.
         F I L E D
         SEP 30 2009
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------x
CORNERSTONE REALTY GROUP, INC. and
CORNERSTONE REALTY GROUP, LLC,

                        Plaintiffs,        1:07-CV-0167 NAM/RFT

     -against-                      STIPULATION OF PARTIAL
                                            DISCONTINUANCE
FRED BAUM, KONSTANIN LEVIEV and
THE LEVIEV DEVELOPMENT, LLC,

                        Defendants.
------------------------------------------x

        IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties hereto that, whereas no party to this proceed is an infant or an incompetent for whom a committee or guardian has been appointed, the SECOND, FOURTH, FIFTH AND SIXTH CLAIMS alleged in the Amended Complaint in this action, be and the same hereby are, discontinued with prejudice and without costs or fees to any party against another.

Dated: September 18, 2009

JANE BILUS GOULD, ESQ.
Attorney for Plaintiffs

*[signature]*
Jane Bilus Gould Bar Roll #509493
222 Bloomingdale Road
White Plains, New York 10605
914-397-1050

Dennis R. Schlenker, Esq.
Attorney for Defendant Baum

_____
Dennis Schenkler Bar Roll # 102545
174 Washington Avenue
Albany, NY 12210

Gleason, Dunn, Walsh & O'Shea
Attorneys for the Leviev Defendants

*[signature]*
By: Mark T. Walsh Bar Roll# 102781
40 Beaver Street
Albany, New York 12207

SO ORDERED:

*[signature]*
Hon. Norman A. Mordue, U.S.D.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------x
CORNERSTONE REALTY GROUP, INC. and
CORNERSTONE REALTY GROUP, LLC,

                Plaintiffs,        1:07-CV-0167 NAM/RFT

   -against-                STIPULATION OF PARTIAL
                                               DISCONTINUANCE
FRED BAUM, KONSTANIN LEVIEV and
THE LEVIEV DEVELOPMENT, LLC,

                Defendants.
----------------------------------------x

        IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties hereto that, whereas no party to this proceed is an infant or an incompetent for whom a committee or guardian has been appointed, the SECOND, FOURTH, FIFTH AND SIXTH CLAIMS alleged in the Amended Complaint in this action, be and the same hereby are, discontinued with prejudice and without costs or fees to any party against another.

Dated: September 18, 2009

JANE BILUS GOULD, ESQ.                       Dennis B. Schlenker, Esq.
Attorney for Plaintiffs                          Attorney for Defendant Baum


_____         _____
Jane Bilus Gould Bar Roll # 509493        Dennis Schenlker Bar Roll # 102545
222 Bloomingdale Road                        174 Washington Avenue
White Plains, New York 10605                Albany, NY 12210
914-397-1050

Gleason, Dunn, Walsh & O'Shea
Attorneys for the Leviev Defendants


_____
By: Mark T. Walsh Bar Roll# 102781
40 Beaver Street
Albany, New York 12207


SO ORDERED:


_____
Hon. Norman A. Mordue, U.S.D.J.