# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CORNERSTONE REALTY GROUP, INC.; and CORNERSTONE REALTY GROUP, LLC**

    vs.                              **CASE NUMBER: 1:07-CV-167 (NAM/RFT)**

**FRED BAUM; KONSTANIN LEVIEV; and THE LEVIEV DEVELOPMENT, LLC**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Summary Judgment filed by defendant Fred Baum is granted, the Motion for Summary Judgment filed by defendants Konstantin Leviev and The Leviev Developement, LLC is granted.  Therefore the Amended Complaint is dismissed in its entirety.

That the Motion to Dismiss the original complaint was granted, specifically counts V, VI, VIII and X were dismissed with prejudice, all other claims were dismissed with leave to replead. Plaintiff Roy G. Jacobs and Defendant The Leviev Group, LLC were terminated from the docket as of 3/24/2008.

All of the above pursuant to the Order of the Honorable Judge Norman A. Mordue, dated the 9/28/2010 and 3/24/2008.

DATED: September 29, 2010

*[signature]*
Clerk of Court

s/

_____

Joanne Bleskoski
Deputy Clerk